U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED AUG - 7 2025
CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**INDICTMENT FOR CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 40 GRAMS OR MORE OF FENTANYL**
**AND NOTICE OF FORFEITURE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-105-SDD-SDJ |
| | : | |
| | : | 21 U.S.C. § 846 |
| *versus* | : | 18 U.S.C. § 2 |
| | : | 21 U.S.C. § 841(a) & (b)(1)(B)(vi) |
| | : | 21 U.S.C. § 853 |
| EGERALD HUNT, | : | |
| a.k.a. "E," and | : | |
| TOLLEY RAY MILTON | : | |

**THE GRAND JURY CHARGES:**

Beginning on or about June 4, 2025, and continuing until on or about July 24, 2025, in the Middle District of Louisiana, **EGERALD HUNT**, a.k.a. "E," and **TOLLEY RAY MILTON**, defendants herein, did conspire with each other and others, known and unknown to the Grand Jury, to knowingly and intentionally distribute to and possess with the intent to distribute 40 grams or more of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet the commission of such conspiracy.

The above is a violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

USA Sealed Group
USM
USPO

**NOTICE OF FORFEITURE**

The allegation contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(p).

Upon conviction of the offense alleged in the indictment, defendants **EGERALD HUNT**, a.k.a. "E," and **TOLLEY RAY MILTON**, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

UNITED STATES OF AMERICA, BY

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

WILLIAM K. MORRIS
ASSISTANT UNITED STATES ATTORNEY

**A TRUE BILL**

**REDACTED**
**PER PRIVACY ACT**

GRAND JURY FOREPERSON

8/7/25

DATE

# Criminal Cover Sheet U.S. District Court

**Place of Offense:**

City: Baton Rouge, LA

County/Parish: East Baton Rouge

*Investigating Agency: ATF

*Agent: Sean Henegan

**Matter to be sealed:** ☑ Yes ☐ No

Related Case Information:

Superseding ☐ Docket Number ____________

Same Defendant ☐ New Defendant ☐

Magistrate Case Number: ____________

Search Warrant Case No.: ____________

R 20/ R 40 from District of: ____________

**Any Other Related Cases:** ____________

**Defendant Information:**

Defendant Name: EGERALD HUNT

Alias: ____________

Address: ____________

DOB: ____________ SS / Alien#: ____________ Sex: ____ Race: ________ Nationality: ____________

**U.S. Attorney Information:**

AUSA: William K. Morris Bar #: LBN 28694

**Interpreter:** ☐ Yes ☑ No **List language and/or dialect:** ____________

**Location Status:**

Arrest Date: ____________

☐ Already in Federal Custody as of ____________

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

**Mandatory Minimum Charged?** ☑ Yes ☐ No

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21:846; 18:2 | Conspiracy To Distribute And Possess With Intent | 1 | F |
| | To Distribute 40 Grams Or More Of Fentanyl, | | |
| | | | |
| | | | |

(May be continued on second sheet)

**Date:** 8/7/25 **Signature of AUSA:** [signature]

**Criminal Cover Sheet** **U.S. District Court**

**Place of Offense:**

City: Baton Rouge, LA

County/Parish: East Baton Rouge

*Investigating Agency: ATF

*Agent: Sean Henegan

**Matter to be sealed:** ☑ Yes ☐ No

Related Case Information:

Superseding ☐ Docket Number ______
Same Defendant ☐ New Defendant ☐
Magistrate Case Number: ______
Search Warrant Case No.: ______
R 20/ R 40 from District of: ______
**Any Other Related Cases:** ______

**Defendant Information:**

Defendant Name: TOLLEY RAY MILTON

Alias: ______

Address: ______

DOB: ______ SS / Alien#: ______ Sex: ____ Race: ______ Nationality: ______

**U.S. Attorney Information:**

AUSA: William K. Morris Bar #: LBN 28694

**Interpreter:** ☐ Yes ☑ No **List language and/or dialect:** ______

**Location Status:**

Arrest Date: ______

☐ Already in Federal Custody as of ______
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

**Mandatory Minimum Charged?** ☑ Yes ☐ No

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 21:846; 18:2 | Conspiracy To Distribute And Possess With Intent | 1 | F |
| | To Distribute 40 Grams Or More Of Fentanyl, | | |
| | | | |
| | | | |

(May be continued on second sheet)

**Date:** ______ **Signature of AUSA:** ______